**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>CHEVRON U.S.A., INC.,<br><br>            Defendant.<br>_____/ | No. 07-5824 SI<br>Related Cases: No. C 04-2648 SI; No. C 04-2225 SI<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS** |

Defendants in C 04-2648 SI have filed a motion to consolidate C 07-5824 SI with C 04-2648 SI. (Docket No. 142 in C 04-2648 SI). The motion is scheduled for a hearing on April 25, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motion is appropriate for resolution without oral argument, and VACATES the hearing.

Defendants in C 04-2648 SI seek consolidation on the ground that both cases involve alleged groundwater and solid waste contamination on the same property, and the operative facts of both cases are generally the same. Plaintiffs do not oppose consolidation. Defendant Chevron opposes consolidation, contending that the two cases are in different procedural postures, and that C 04-2648 SI is primarily about groundwater contamination, while the C 07-5824 SI case principally involves solid waste disposal.

"When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a). The Court has broad discretion to order consolidation of cases pending in the same district. *See Investors Research Co. v. U.S. Dist. Court for*

*Central Dist. of Cal.*, 877 F.2d 777 (9th Cir. 1989).

The Court finds that consolidation is appropriate, and GRANTS the motion. There is substantial factual and legal overlap between the two cases; in both actions, plaintiffs allege the same facts, claim the same damages, and assert the same legal theories. Although C 04-2648 SI was filed several years before the later action, both cases are in similar procedural postures, some defendants were only recently added to the C 04-2648 SI case, and the pleadings remain open in that action. Moreover, the cases appear to be substantively very similar, and defendants in C 04-2648 SI assert that C 04-2648 SI is also principally concerned with solid waste disposal. Consolidation of these cases is in the interest of judicial economy, and will eliminate duplicative discovery and motion practice.

Plaintiffs shall file a master complaint for both consolidated cases no later than **May 2, 2008**. The Court and the parties will set a pretrial schedule for the consolidated cases at the June 6, 2008 case management conference.

**IT IS SO ORDERED.**

Dated: April 22, 2008

SUSAN ILLSTON
United States District Judge

2