IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRC COMPANIES, INC., *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/<br>AND RELATED CROSS- AND COUNTER-CLAIMS<br>　　　　　　　　　　　　　　　　　　　/ | No. C 04-2648 SI<br>Consolidated with 07-5824 SI<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; AMENDING SECTION VII.C OF AUGUST 21, 2009 SUMMARY JUDGMENT ORDER** |

Plaintiffs have filed a request for leave to file a motion for reconsideration of Section VII.C of the Court's August 21, 2009 Order Re: Summary Judgment. (Docket No. 521). Specifically, plaintiffs seek reconsideration of the Court's grant of summary judgment in favor of defendants GBF/TRC on plaintiffs' claims for continuing nuisance and trespass as they relate to surface contamination. The Court agrees that reconsideration is warranted, and that there are triable issues of fact on these claims such that summary judgment is not appropriate. Accordingly, the Court will treat plaintiffs' motion as if it were a motion for reconsideration, GRANTS the motion, and AMENDS the summary judgment order to deny GBF/TRC's motion for summary judgment on the continuing nuisance and trespass claims as they relate to surface contamination (8/29/09 order, 34:18 -35:7).

**IT IS SO ORDERED.**

Dated: September 11, 2009

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge