IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TRC COMPANIES, INC., *et al.*,<br><br>Defendants.<br>_____/<br>AND RELATED CROSS- AND COUNTER-CLAIMS<br>_____/ | No. C 04-2648 SI<br>Consolidated with 07-5824 SI<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND STAY** |

Plaintiffs' Motion for Certification of Interlocutory Appeal under 28 U.S.C. Section 1252(b) and for Stay of Trial on Groundwater Issues is DENIED. (Docket # 523)

**IT IS SO ORDERED.**

Dated: September 30, 2009

SUSAN ILLSTON
United States District Judge